**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
CASE NUMBER:**

Dairyland Insurance Company,

                                    Plaintiff,

v.

Jaraysha Smith,

                                    Defendant.

**COMPLAINT
(Declaratory Judgment)
(Non-Jury)**

Dairyland Insurance Company (hereinafter "Dairyland"), seeks declaratory relief to determine the rights of the parties, and alleges and shows as follows:

**<u>JURISDICTION & VENUE</u>**

1.      Plaintiff Dairyland is an insurance company organized and existing under the laws of the State of Wisconsin with its principal place of business in the State of Wisconsin and is authorized to sell insurance and does sell insurance in South Carolina.

2.      Upon information and belief, Defendant Jaraysha Smith is a citizen and resident of Columbus County, North Carolina.

3.      Upon information and belief, the accident giving rise to this action occurred in Horry County, South Carolina.

4.      This action is brought under the provisions of the Federal Declaratory Judgment Act, 28 U.S.C. § 2201 <u>et</u> <u>seq</u>. and Rule 57, Fed. R. Civ. P.; there is a real and justiciable controversy between the parties, and by these proceedings Plaintiff asks this Court to inquire into and declare the rights and obligations of the parties hereto arising out of the facts set forth below.

5.      The amount in controversy exceeds Seventy-Five Thousand and No/100 ($75,000.00) Dollars, exclusive of interests and costs, and there is complete diversity of

citizenship; therefore, this Court has jurisdiction to hear this matter pursuant to 28 U.S.C. §1332(a)(1).

6.      Venue is proper in this District and Division pursuant to 28 U.S.C. § 1391(b)(1) and (2).

### FACTS

7.      Dairyland issued a personal auto policy to Marty Vereen, with policy number 11408252704, with effective dates from November 21, 2024, to May 21, 2025 (the "Dairyland Policy"). A certified copy of the Dairyland Policy is attached hereto as Exhibit A.

8.      The Dairyland Policy listed two insured vehicles, a 1995 Ford Ranger Supercab and 2015 Ford Escape, each with uninsured motorist ("UM") bodily injury limits of $25,000 each person and $50,000 each accident and property damage limits of $25,000 each accident.

9.      The address listed on the Dairyland Policy is 1706 Hunters Trail, Loris, South Carolina 29569-7774.

10.     Marty Vereen is the named insured on the Dairyland Policy. Barbara Vereen is also listed on the Dairyland Policy.

11.     Jaraysha Smith, who was of legal driving age or older at the time of the subject car accident, was not listed on the application or endorsed on the policy.

12.     Upon information and belief, Marty Vereen resides at 1706 Hunters Trail, Loris, South Carolina 29569-7774, with his wife Barbara Vereen.

13.     The Dairyland Policy provides, in pertinent part:

***
**DEFINITIONS USED THROUGHOUT THIS POLICY**
***

2

(2) **"You"** and **"your"** mean the person(s) shown as the Named Insured on **your** Declarations Page. **You** and **your** also means that person's spouse if residing in the same household.

(3) **"Relative"** means a person living in **your** household. This person must be related to **you** by blood, marriage or adoption. **Relative** includes a ward, foster child or a minor under **your** guardianship who lives in your household. **Your** unmarried dependent children living temporarily away from home qualify as a **relative** only if they intend to continue to live in **your** household. Any **relative** who is of legal driving age or older must be listed on the application or endorsed on the policy. This must occur prior to a **car accident** or **loss**.

***

### PART III – UNINSURED MOTORISTS COVERAGE

***

We will pay damages for bodily injury which an insured person is legally entitled to recover from the owner or operator of an uninsured motor vehicle. The bodily injury must be caused by a car accident and result from the ownership, upkeep or use of an uninsured motor vehicle.

***

As used in this Part
(1) **"Insured Person"** means any of the following.
  (A) **You**.
  (B) A **relative**.
  (C) Any other person **occupying your insured car** with the permission of **you** or a **relative**.
  (D) Any person for damages that person is entitled to recover because of **bodily injury** to **you**, a **relative** or another occupant of **your insured car**.

14.     On January 4, 2025, Jaraysha Smith was involved in a single car collision while a passenger in a 2006 Volkswagen Jetta being operated by Richard Smith on Highway 19 near Loris, South Carolina.

15.     Upon information and belief, the 2006 Volkswagen Jetta in which Jaraysha Smith was a passenger during the collision belonged to Richard Smith's girlfriend and was uninsured.

3

16.     Jaraysha Smith is the granddaughter of Barbara Vereen, the spouse of Marty Vereen, the named insured.

17.     Upon information and belief, Marty and Barbara Vereen resided at 1706 Hunters Trail, Loris, South Carolina 29569-7774 on January 4, 2025. Jaraysha Smith, however, did not reside with Marty and Barbara Vereen on January 4, 2025.

18.     Upon information and belief, Jaraysha Smith graduated from Camden High School in Kershaw County, South Carolina, in May 2024.

19.     Upon information and belief, Jaraysha Smith did not reside with Marty and Barbara Vereen at any time during the summer of 2024.

20.     Upon information and belief, Jaraysha Smith resided in an on-campus dormitory while attending Allen University during the Fall 2024 semester.

21.     Upon information and belief, Jaraysha Smith did not stay overnight at Marty and Barbara Vereen's residence at 1706 Hunters Trail at any point during the holiday break following the Fall 2024 semester prior to the accident.

22.     Upon information and belief, none of Jaraysha Smith's personal belongings were kept at Marty and Barbara Vereen's house when the accident occurred on January 4, 2025.

23.     Jaraysha Smith has or will make claims for UM policy limits under the Dairyland Policy with effective dates from November 21, 2024, to May 21, 2025, for the injuries she allegedly sustained in the January 4, 2025, accident.

## **FOR A FIRST DECLARATION**

24.     Dairyland incorporates the foregoing allegations herein to the extent required by, but not inconsistent with, the following allegations.

4

25.     The Dairyland Policy with effective dates from November 21, 2024, to May 21, 2025, states that UM coverage only applies to damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury" sustained by an "insured."

26.     The Dairyland Policy defines an "insured" to include a "relative."

27.     The Dairyland Policy defines a "relative" as a person related to you by blood, marriage, or adoption who is a resident of your household. The Dairyland Policy further provides that "[a]ny relative who is of legal driving age or older must be listed on the application or endorsed on the policy. This must occur prior to a car accident or loss."

28.     The Dairyland Policy defines "you" as the named insured shown on the Declarations, or the named insured's spouse if they reside with the named insured.

29.     Marty Vereen is the named insured listed on the Dairyland Policy.

30.     Upon information and belief, Marty Vereen lives at the address listed on the Dairyland Policy—1706 Hunters Trail, Loris, South Carolina 29569-7774.

31.     Upon information and belief, Jaraysha Smith lives at 102 Forest Glen, Apt. 1B, Tabor City, North Carolina.

32.     Upon information and belief, Jaraysha Smith did not live with Marty and Barbara Vereen at any time during the summer of 2024.

33.     Upon information and belief, Jaraysha Smith lived in an on-campus dormitory at Allen University in Columbia, South Carolina, during the Fall of 2024.

34.     Upon information and belief, Jaraysha Smith did not stay overnight with Marty and Barbara Vereen during the holiday break following the Fall 2024 semester.

5

35.     Upon information and belief, Jaraysha Smith did not store any personal belongings at Marty and Barbara Vereen's house on January 4, 2025.

36.     Therefore, upon information and belief, Jaraysha Smith was not a resident of Marty and Barbara Vereen's household on January 4, 2025.

37.     Further, Jaraysha Smith, who was of legal driving age or older on January 4, 2025, was not listed on the application or endorsed on the policy prior to the car accident.

38.     Thus, Jaraysha Smith does not qualify as a "**relative**" or an "**insured**" under the Dairyland Policy.

39.     Accordingly, the Dairyland Policy with effective dates from November 21, 2024, to May 21, 2025, does not provide any UM coverage for Jaraysha Smith's damages arising from the January 4, 2025 accident, and Dairyland is entitled to a declaration that UM coverage is not owed under the Dairyland Policy for the January 4, 2025 accident.

**WHEREFORE**, Dairyland respectfully requests that this Court inquire into these matters and declare that the Dairyland Policy issued to Marty Vereen does not provide UM coverage to Jaraysha Smith for any and all damages arising from the January 4, 2025 accident and that Dairyland has no obligation to pay UM benefits under this Policy for any and all claims by Jaraysha Smith arising out of the January 4, 2025 auto accident, together with such other and further relief as the Court may deem just and proper.

MURPHY & GRANTLAND, P.A.

*s/J.R. Murphy*
J.R. Murphy, Esquire (Fed. I.D. No.: 3119)
Post Office Box 6648
Columbia, SC  29260
 (803) 782-4100
jrmurphy@murphygrantland.com
Attorneys for Plaintiff

Columbia, South Carolina
July 21, 2026

6